# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL THOMPSON, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:13-CV-1311 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | |
| | : | |
|     Defendant | : | |

## ORDER

**AND NOW, THIS 16TH DAY OF MARCH, 2015**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Carol Thompson disability insurance benefits is **AFFIRMED**; and

3. The Clerk of Court shall **CLOSE** this case.

                                                            **/s/ William J. Nealon**
                                                            **United States District Judge**